*John J. Bennett, Jr., Attorney-General* (*Paul Muscarella, Henry Epstein, Leon M. Layden* and *James H. Glavin, Jr.,* of counsel), for appellant.

*George T. Driscoll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.* HIGHLAND GRANGE, INC., et al., Respondents, Impleaded with Others.

Argued May 19, 1938; decided June 3, 1938.

*Kenneth O. Mott-Smith, James T. Aspbury* and *Clive C. Handy* for appellant.

*John E. Mack* for Highland Grange, Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NEW YORK STEAM CORPORATION, Appellant.

Argued May 19, 1938; decided June 3, 1938.